Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: N/A

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| In re: ) | Bankr. Case No.: 13-62240-TMR |
| HEATHER SUE HEARTT, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| HEATHER SUE HEARTT, ) | Adv. Proc. No.: 14-06048 |
| ) | |
| Plaintiff, ) | **STIPULATED JUDGMENT FOR** |
| ) | **DISCHARGE OF EDUCATIONAL** |
| v. ) | **LOAN DEBT BETWEEN PLAINTIFF** |
| ) | **AND NAVIENT SOLUTIONS, INC.** |
| SALLIE MAE, INC., and U.S. ) | **f/k/a/ SALLIE MAE, INC. AND** |
| DEPARTMENT OF EDUCATION, ) | **DISMISSING SALLIE MAE, INC.** |
| ) | **AS A DEFENDANT IN THIS** |
| Defendants. ) | **ADVERSARY PROCEEDING** |

Plaintiff, Heather Sue Heartt ("Plaintiff"), and Navient Solutions, Inc. f/k/a/ Sallie Mae, Inc. ("Navient"), hereby agree to entry of this Stipulated Judgment, as follows:

Adv. Proc. No.: 13-03219    Heather Sue Heartt    1

Case 14-06048-tmr    Doc 8    Filed 06/16/14

1. Plaintiff is indebted to Navient pursuant to the applicable terms of one (1) educational loan Promissory Note ("Promissory Note") executed by Plaintiff as a cosigner, to obtain an educational loan ("Educational Loan"), which was disbursed on June 27, 2007.

2. As of the date of the filing of this adversary proceeding, there was a balance due and owing on the Educational Loan evidenced by the Promissory Note, including principal, interest and fees, in the amount of $14,879.48.

3. Plaintiff's liability on the debt to Navient, owing on the Educational Loan evidenced by the Promissory Note referenced herein above, is hereby included within the general discharge, entered in Plaintiff's main bankruptcy case on September 25, 2013, and is therefore, hereby discharged.

4. Sallie Mae, Inc. is hereby dismissed as a Defendant in this adversary proceeding.

5. This Stipulated Judgment may be executed in counterparts, or by facsimile, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulated Judgment.

###

Presented by:

By:   /s/ *Keith D. Karnes*
      Keith D. Karnes Oregon State Bar ID # 03352
      1860 Hawthorne Ave. Ste. 10
      Salem, OR 97301
      Telephone: (503) 385-8888
      Facsimile:   (503) 385-8899
      kkarnes@keithkarnes.com
      Attorney for Plaintiff, Heather Sue Heartt

Adv. Proc. No.: 13-03219    Heather Sue Heartt    2

Case 14-06048-tmr    Doc 8    Filed 06/16/14

Agreed as to form and content:

By:    /s/ *Alice Sams*
     Alice Sams, Litigation Analyst
     Bankruptcy Litigation / Risk Mitigation Unit
     Navient Solutions, Inc.
     11100 USA Parkway (MC E-3149)
     Fishers, IN 46037
     Authorized Agent for Navient Solutions, Inc.

Copies to:

All those parties receiving ECF Notice and

Alice Sams
11100 USA Parkway (MC E-3149)
Fishers, IN 46037

Adv. Proc. No.: 13-03219     Heather Sue Heartt     3

Case 14-06048-tmr    Doc 8    Filed 06/16/14